**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                                    Case No.:
                                                          Chapter:


            Debtor(s)
_____

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

        Voluntary Petition (specify reason for amendment)
        Summary of Schedules
        Statistical Summary of Certain Liabilities
        Schedule A - Real Property
        Schedule B - Personal Property
        Schedule C - Property Claimed as exempt
        Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
                Add/delete creditor(s), change amount or classification of debt - $26.00 Fee
                required.
                Add/change address of already listed creditor - No fee
        Schedule G - Executory Contracts and Unexpired Leases
        Schedule H - CoDebtors
        Schedule I - Current Income of Individual Debtor(s)
        Schedule J - Current Expenditures of Individual Debtor(s)
        Declaration Concerning Debtor's Schedules
        Statement of Financial Affairs and/or Declaration
        Chapter 7 Individual Debtor's Statement of Intention
        Disclosure of Compensation of Attorney for Debtor(s)
        Statement of Current Monthly Income and Means Test Calculation
        Certification of Credit Counseling
        Other: 20 Largest Creditors, B22B

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.


Date:

                    Debtor                                        Joint Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re  **Anthony W DeVries**                                                    Case No.    **10-31020-bam**
       **Joy L. DeVries**

                                                                               Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $1,919,500.00 | | |
| B - Personal Property | Yes | 5 | $463,950.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $3,023,001.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $100,373.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $11,307.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $18,040.00 |
| TOTAL | | 25 | $2,383,450.00 | $3,123,374.00 | |

In re  **Anthony W DeVries**　　　　　　　　　　　　　　Case No.　__**10-31020-bam**__
　　　**Joy L. DeVries**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 34 Tamarron Cliffs St, Las Vegas NV 89148 Rental | Fee Simple | W | $375,000.00 | $1,133,038.00 |
| 30 Castle Creek, Las Vegas NV 89148 Rental<br><br>Claim includes $400,000 from SBA/Fullerton as property was pledged to secure a loan for Crowne Holdings LLC & $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Rolls LLC | Fee Simple | C | $225,000.00 | $523,038.00 |
| 20 Castle Creek, Las Vegas NV 89148 Rental | Fee Simple | C | $225,000.00 | $1,038,138.00 |
| 266 Blackstone River, Las Vegas NV 89148 Rental<br><br>Claim includes $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Rolls LLC | Fee Simple | C | $170,000.00 | $1,159,989.00 |
| 8826 Settlers Point, Las Vegas NV 89148 Rental<br><br>Claim includes $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Rolls LLC | Fee Simple | C | $120,000.00 | $1,253,038.00 |
| 6868 Perfect Sunset, Las Vegas, NV 89148 Rental<br>Claim includes $200,000 from Fullerton Bank as property was pledged to secure a loan for Crowne Holdings LLC | Fee Simple | C | $105,000.00 | $907,089.00 |
| 5920 Fly Fisher St, Las Vegas NV 89113 Rental | Fee Simple | C | $120,000.00 | $1,882,038.00 |

In re  **Anthony W DeVries**                                    Case No.    **10-31020-bam**
    **Joy L. DeVries**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Claim includes $400,000 from SBA/Fullerton Bank as property was pledged to secure a loan for Crowne Holdings LLC & $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Roll LLC | | | | |
| 6792 Autumn Morning, Las Vegas NV 89148 Rental | Fee Simple | H | $105,000.00 | $851,989.00 |
| Claim includes $200,000 from Fullerton Bank as property was pledged to secure a loan for Crowne Holdings LLC & $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Rolls LLC | | | | |
| 39613 Prarie Lane, Anthem AZ 85086 Rental | Fee Simple | C | $134,000.00 | $210,000.00 |
| 5735 Southern Oaks, San Antonio TX 78261 Rental | Fee Simple | H | $200,000.00 | $173,300.00 |
| 069-35-702-010 12.5% Interest Vacant Land Mt. Charleston | Fee Simple | W | $24,000.00 | $0.00 |
| 17 Tanglewood Dr, Las Vegas NV 89012 Rental | Fee Simple | C | $116,500.00 | $882,063.00 |
| Claim includes $250,000 from Fullerton Bank as property was pledged to secure a loan for Quality Paper Rolls LLC.  Under short sale contract. | | | | |

                                                                           **Total:**   **$1,919,500.00**

(Report also on Summary of Schedules)

In re **Anthony W DeVries**             Case No.    **10-31020-bam**
     **Joy L. DeVries**                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | C | $11,000.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Last and Security Residence 132 Ocean Harbor Ln. Lv nv 89148 | C | $6,400.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Normal used household furnishings for family of 4 in rental. | C | $10,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Business and personal attire for debtors and childrens clothes. | C | $1,500.00 |
| 7. Furs and jewelry. | | Wedding band - Wife | W | $600.00 |
| | | Wedding Band - Husband | H | $600.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | .357 Revolver | H | $350.00 |

In re  **Anthony W DeVries**                                    Case No.    **10-31020-bam**
       **Joy L. DeVries**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | IRA Husband | H | $231,000.00 |
| | | IRA Wife | W | $78,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interests in LLC's which held title to rental properties.  Was 100% owners. All chartes revoked. 17TW LLC 1914AR LLC 20CC LLC 30CC LLC 266BR LLC 39613PL LLC 4919GW LLC 5920FF LLC 6792AM LLC 6868PS LLC 8826SP LLC | C | $0.00 |
| | | LLC never used but set up for real estate investing - in default.  100% owners. | C | $0.00 |

In re  **Anthony W DeVries**              Case No.   **10-31020-bam**
      **Joy L. DeVries**                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Virginia Marie LLC | | |
| | | Westwind Meranto LLC<br>Company created to develop raw land.  Has liabilitys of of approximately $187,000, and worthless judgment against Silver State Bank for approximately $2,000,000.<br>100% owners. | C | $0.00 |
| | | Quality Paper Rolls LLC &<br>Crown Holdings LLC.<br>Companies in default.<br>50% owners in company that manufactured tape roles and owned real property.  Company shut down, assets taken over by bank, $1,000,000+ liabilities. | C | $0.00 |
| | | 7% membership interest in AZ23-A LLC<br>A real estate land syndicate project in Arizona. | C | $97,000.00 |
| | | PEEK-A-BOO BEE, LLC<br>Fashion business that failed 2009. 1/3 interest. | W | $0.00 |
| | | MOBILE NOTARY LLC 100% Owner - Never started business. | W | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

In re  **Anthony W DeVries**                                    Case No.    **10-31020-bam**
      **Joy L. DeVries**                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **Anthony W DeVries**                                    Case No.  **10-31020-bam**
       **Joy L. DeVries**                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Infinity FX35 | J | $14,000.00 |
| | | 2003 Infinity G35 | J | $7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, computers, digital camera | C | $6,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___4___ continuation sheets attached    **Total  >**    **$463,950.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **Anthony W DeVries**                    Case No.    **10-31020-bam**
       **Joy L. DeVries**                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Last and Security Residence<br>132 Ocean Harbor Ln.<br>Lv nv 89148 | Nev. Rev. Stat. § 21.090(1)(n) | $6,400.00 | $6,400.00 |
| Normal used household furnishings for family of 4 in rental. | Nev. Rev. Stat. § 21.090(1)(b) | $10,000.00 | $10,000.00 |
| Business and personal attire for debtors and childrens clothes. | Nev. Rev. Stat. § 21.090(1)(b) | $1,500.00 | $1,500.00 |
| Wedding band - Wife | Nev. Rev. Stat. § 21.090(1)(a) | $600.00 | $600.00 |
| Wedding Band - Husband | Nev. Rev. Stat. § 21.090(1)(a) | $600.00 | $600.00 |
| .357 Revolver | Nev. Rev. Stat. § 21.090(1)(i) | $350.00 | $350.00 |
| IRA Husband | Nev. Rev. Stat. § 21.090(1)(r) | $231,000.00 | $231,000.00 |
| IRA Wife | Nev. Rev. Stat. § 21.090(1)(r) | $78,000.00 | $78,000.00 |
| 2006 Infinity FX35 | Nev. Rev. Stat. § 21.090(1)(f), (p) | $14,000.00 | $14,000.00 |
| 2003 Infinity G35 | Nev. Rev. Stat. § 21.090(1)(z) | $1,000.00 | $7,000.00 |
| Furniture, computers, digital camera | Nev. Rev. Stat. § 21.090(1)(d) | $6,500.00 | $6,500.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$349,950.00** | **$355,950.00** |

In re **Anthony W DeVries**  
     **Joy L. DeVries**  
         Case No.   **10-31020-bam**  
              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**AHMSI**<br>**PO Box 63170**<br>**Irving TX 75063** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**39613 Prarie Lane, Anthem AZ 85086**<br>REMARKS:<br>**Mortgage**<br><br>VALUE: **$134,000.00** | | | | **$210,000.00** | **$76,000.00** |
| ACCT #:<br>**AZ 23-A LLC**<br>**10624 S Eastern Ave #A771**<br>**Henderson NV 89052** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Member Cash Call**<br>COLLATERAL:<br>**LLC Interest**<br>REMARKS:<br><br>VALUE: **$97,000.00** | | | | **$50,000.00** | |
| ACCT #:<br>**Bank of America**<br>**PO Box 5170**<br>**Simi Valley CA 93062** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgages**<br>COLLATERAL:<br>**Various Properties**<br>REMARKS:<br>**Mortgages and $100,000 Heloc/Line of Credit, cross collateralized again most real property of debtor.**<br><br>VALUE: **$731,000.00** | | | | **$1,239,000.00** | **$508,000.00** |
| ACCT #:<br>**Benchmark Association Services**<br>**1515 E. Tropicana Ave #350**<br>**Las Vegas NV 89119** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA Lien**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br>**HOA Liens**<br><br>VALUE: **$330,000.00** | | X | X | **$2,500.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$1,501,500.00** | **$584,000.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**4**_____continuation sheets attached

                                     (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Anthony W DeVries**                                                 Case No.  **10-31020-bam**
     **Joy L. DeVries**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**City of Henderson**<br>**PO Box 52767**<br>**Phoenix AZ 85072** | | W | DATE INCURRED:<br>NATURE OF LIEN:<br>**LID Assessment**<br>COLLATERAL:<br>**17 Tanglewood Dr, Las Vegas NV 89012**<br>REMARKS:<br><br>VALUE: **$116,500.00** | | | | **$1,936.00** | |
| ACCT #:<br><br>**City of Henderson**<br>**PO Box 95050**<br>**Phoenix AZ 85009** | | W | DATE INCURRED:<br>NATURE OF LIEN:<br>**Arrearage**<br>COLLATERAL:<br>**17 Tanglewood Dr, Las Vegas NV 89012**<br>REMARKS:<br>**Utilities**<br><br>VALUE: **$116,500.00** | | | | **$127.00** | |
| ACCT #:<br><br>**Clark County Water Reclamation District**<br>**5857 E Flamingo Rd**<br>**Las Vegas NV 89122** | C | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Water**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Various Properties**<br><br>VALUE: **$1,445,000.00** | | | | **$1,989.00** | |
| ACCT #:<br><br>**Fullerton Community Bank**<br>**132 W Commonwealth Ave**<br>**Fullerton CA 92832** | C | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgages**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br>**Personal Guarantees on behalf of Crowne Holdings LLC and Quality Paper Rolls LLC cross collateralized to debtor's real estate holdings - junior to all other mortgages.  Value shown** | | X | | **$850,000.00** | **$790,000.00** |

Sheet no. ____**1**____ of ____**4**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$854,052.00** | **$790,000.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **Anthony W DeVries**                                    Case No. **10-31020-bam**
     **Joy L. DeVries**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | is after other mortgages. | | X | | | |
| | | | VALUE: **$60,000.00** | | | | | |
| ACCT #: <br><br>**Hampton & Hampton**<br>**8965 S Pecos Rd #9A**<br>**Henderson NV 89074** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**See Benchmark Association Claim**<br>REMARKS:<br>**Attorneys for Benchmark Association Services**<br><br>VALUE: **$0.00** | | | | **$0.00** | |
| ACCT #: <br><br>**Litton Loan Servicing**<br>**PO Box 696500**<br>**San Antonio TX 78269** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**266 Blackstone River, Las Vegas NV 89148**<br>REMARKS:<br>**Mortgage**<br><br>VALUE: **$170,000.00** | | | | **$108,000.00** | |
| ACCT #: <br><br>**Miles Bauer Bergstrom & Winters**<br>**2200 Paseo Verde Pkwy #250**<br>**Henderson NV 89052** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br>**Attorneys for Bank of America regarding HELOC/Line of Credit**<br><br>VALUE: **$0.00** | | | | **$0.00** | |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$108,000.00**     **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Anthony W DeVries**                          Case No.   **10-31020-bam**
      **Joy L. DeVries**                                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**PNC Mortgage**<br>**PO Box 10328**<br>**Dayton OH 45401** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**5735 Southern Oaks, San Antonio TX 78261**<br>REMARKS:<br>**1st and 2nd Mortgage**<br><br>VALUE: **$200,000.00** | | | | **$173,300.00** | |
| ACCT #:<br><br>**Provident Funding**<br>**PO Box 5914**<br>**Santa Rosa CA 95402** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**6792 Autumn Morning, Las Vegas NV 89148**<br>REMARKS:<br>**Mortgage**<br><br>VALUE: **$105,000.00** | | | | **$105,000.00** | |
| ACCT #:<br><br>**Republic Services**<br>**770 E Sahara Ave**<br>**Las Vegas NV 89104** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Trash**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Trash Services**<br><br>VALUE: **$1,065,000.00** | | | | **$1,049.00** | **$1,049.00** |
| ACCT #:<br><br>**Terrawest Property Management**<br>**2655 S Rainbow Bl #200**<br>**Las Vegas NV 89146** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Arrearage**<br>COLLATERAL:<br>**17 Tanglewood Dr, Las Vegas NV 89012**<br>REMARKS:<br>**HOA Dues**<br><br>VALUE: **$116,500.00** | | X | X | **Unknown** | **Unknown** |

Sheet no. \_\_\_\_**3**\_\_\_\_ of \_\_\_\_**4**\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$279,349.00**    **$1,049.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Anthony W DeVries**                                                    Case No.   **10-31020-bam**
     **Joy L. DeVries**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Wells Fargo Home Mortgage** <br>**PO Box 10335** <br>**Des Moines IA 50306** | C | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Mortgage** <br>COLLATERAL: <br>**Real Estate** <br>REMARKS: <br>**Mortgages** <br><br><br>VALUE:     **$330,000.00** | | | | $280,100.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**4**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $280,100.00 | $0.00 |
| Total (Use only on last page) > | $3,023,001.00 | $1,375,049.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Anthony W DeVries**                                    Case No.     **10-31020-bam**
     **Joy L. DeVries**                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

In re **Anthony W DeVries**                                          Case No. __**10-31020-bam**__
    **Joy L. DeVries**                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**American Lock and Key**<br>**2300 N Rainbow**<br>**Las Vegas NV 89109** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Locksmith Services** | | | | **$99.00** |
| ACCT #:<br>**Anestesiology Consultants inc**<br>**PO Box 50209**<br>**Henderson NV 89016** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Medical Bill** | | | | **$100.00** |
| ACCT #:<br>**ASC**<br>**PO Box 10328**<br>**Des Moines IA 50306** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency after foreclosure**<br>REMARKS:<br>**Deficiency after foreclosure** | | | | **$76,000.00** |
| ACCT #:<br>**Burt & Denise Shahan**<br>**c/o Patrick W Kang, Esq.**<br>**3571 Red Rock #A**<br>**Las Vegas NV 89103** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Action**<br>REMARKS:<br>**Lawsuit for negligence.** | | x | x | **Unknown** |
| ACCT #:<br>**Centurylink**<br>**c/o Enhansed Recovery**<br>**8014 Bayberry Rd**<br>**Jacksonville FL 32256** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Utility Bill** | | | | **$4.00** |
| ACCT #:<br>**Chase VISA Credit Card**<br>**PO Box 15298**<br>**Wilmington DE 19850** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$17,500.00** |
| | | | | | Subtotal > | | **$93,703.00** |
| | | | | | Total > | | |

_____**4**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Anthony W DeVries**                                           Case No.  **10-31020-bam**
       **Joy L. DeVries**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citibank Platinum Select Card**<br>**PO Box 6235**<br>**Sioux Falls SD 57117** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,620.00 |
| ACCT #:<br>**Dan & Debbie Lyons**<br>**6759 Gold Yarrow**<br>**Las Vegas NV 89148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Past Clients** | X | X | X | $0.00 |
| ACCT #:<br>**Deitrich Steinman/Irene Caron**<br>**3-3860 Ness Ave**<br>**Winnipeg MB R2Y 0H2**<br>**CANADA** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Contract rejection 30 Castle Creek** | X | X | X | $0.00 |
| ACCT #:<br>**Discover Card**<br>**PO Box 30943**<br>**Salt Lake City UT 84130** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,516.00 |
| ACCT #:<br>**Embarq**<br>**c/o AFNI**<br>**PO Box 3517**<br>**Bloomington IL 61702** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Utility Bill** | | | | $49.00 |
| ACCT #:<br>**Fernando Gomez Dominguez**<br>**371 Arbor Garden Ave**<br>**Las Vegas NV 89148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Investor Crowne Holdings LLC  and Quality Paper Rolls LLC** | X | X | X | $0.00 |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,185.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Anthony W DeVries**                                Case No.   **10-31020-bam**
        **Joy L. DeVries**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Fernando Gomez Simmons**<br>**371 Arbor Garden Ave**<br>**Las Vegas NV 89148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Investor Crowne Holdings LLC  and Quality Paper Rolls LLC** | X | X | X | **$0.00** |
| ACCT #:<br>**Frank & Dena Scarfone**<br>**8547 Little Fox St**<br>**Las Vegas NV 89123** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Member in Peek a Boo Bee LLC** | X | X | X | **$0.00** |
| ACCT #:<br>**Frank & Lori Napoli**<br>**11532 Capanna Rosso Pl**<br>**Las Vegas NV 89141** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Past Clients** | X | X | X | **$0.00** |
| ACCT #:<br>**GMAC Mortgage**<br>**PO Box 4622**<br>**Waterloo IA 50704** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS:<br>**Deficiency after foreclosure 10503 Springwood Square, Universal City TX** | | | | **Unknown** |
| ACCT #:<br>**Mauricio Gomez Dominguez**<br>**371 Arbor Garden Ave**<br>**Las Vegas NV 89148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Investor Crowne Holdings LLC  and Quality Paper Rolls LLC** | X | X | X | **$0.00** |
| ACCT #:<br>**Micheal Compton II**<br>**2148 Stone Creek Pl**<br>**Chula Vista CA 91913** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Past Client** | X | X | X | **$0.00** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached to                 **Subtotal >** | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Anthony W DeVries**                Case No.    **10-31020-bam**
         **Joy L. DeVries**                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Prudential Americana Group**<br>**2140 E Pebble Rd #160**<br>**Las Vegas NV 89123** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Real Estate Broker of Debtors** | X | X | X | $0.00 |
| ACCT #:<br>**Radiology Associates of Nevada**<br>**4535 Dressler Rd NW**<br>**North Canton OH 44718** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Medical Bill** | | | | $32.00 |
| ACCT #:<br>**Rhodes Ranch Association**<br>**PO Box 63188**<br>**Phoenix AZ 85082** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Speeding ticket** | | | X | $150.00 |
| ACCT #:<br>**RVN 4 FUN**<br>**4021 E Patrick Ln**<br>**Las Vegas NV 89120** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**RV Damage Claim** | X | X | X | $0.00 |
| ACCT #:<br>**San Martin Hospital**<br>**c/o Escallate LLC**<br>**5200 Stoneham Rd #200**<br>**North Canton OH 44702** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Medical Bill** | | | | $33.00 |
| ACCT #:<br>**Sara Brenner**<br>**2191 Timescape Ct**<br>**Las Vegas NV 89123** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Member Peek a Boo Bee LLC** | X | X | X | $0.00 |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to            Subtotal >     **$215.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re    **Anthony W DeVries**                        Case No.   **10-31020-bam**
       **Joy L. DeVries**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Scott Schuler**<br>**10377 Smokemont Ct**<br>**Las Vegas NV 89129** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Pool Services** | | | | $1,000.00 |
| ACCT #:<br>**St Rose Dominican Hospitals**<br>**P.O. Box 33349**<br>**Phoenix AZ  85067** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS:<br>**Medical Bills** | | | | $1,270.00 |
| ACCT #:<br>**Thomas Ranftl**<br>**16566 Toledo Way**<br>**San Leandro CA 94578** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Purchaser 17 Tanglewood** | X | X | X | $0.00 |
| ACCT #:<br>**Ultima Real Estate Services**<br>**19365 FM 2252 #9**<br>**Garden Ridge, TX 78266** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | X | X | X | $0.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. \_\_\_\_**4**\_\_\_\_ of \_\_\_\_**4**\_\_\_\_ continuation sheets attached to                         **Subtotal >**          **$2,270.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  **Total >**       **$100,373.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Anthony W DeVries**                                          Case No.  **10-31020-bam**
     **Joy L. DeVries**                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alex Zavala**<br>8826 Settlers Pointe Ct<br>Las Vegas NV 89148 | Tenant lease on 8826 Settlers Point Ct<br>Contract to be ASSUMED |
| **David McCartney**<br>6792 Autumn Morning<br>Las Vegas NV 89148 | Tenant lease on 6792 Autumn Morning<br>Contract to be ASSUMED |
| **Deitrich Steinman/Irene Caron**<br>3-38690 Ness Ave<br>Winnipeg MB R2Y 0H2<br>CANADA | Sale Contract on 30 Castle Creek<br>Contract to be REJECTED |
| **Delores Helwig/Sandy Polisano**<br>266 Blackstone River<br>Las Vegas, NV 89148 | Tenant lease on 266 Blackstone River<br>Contract to be ASSUMED |
| **Dillan Foht/Tina Furlong**<br>6868 Perfect Sunset<br>Las Vegas, NV 89148 | Tenant lease on 6868 Perfect Sunset<br>Contract to be ASSUMED |

In re **Anthony W DeVries**                                 Case No.   **10-31020-bam**

       **Joy L. DeVries**                                             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Joe Risk**<br>20 Casle Creek<br>Las Vegas, NV  89148 | Tenant lease on 20 Castle Creek<br>Contract to be ASSUMED |
| **Mike Galloway**<br>5920 Fly Fisher St<br>Las Vegas, NV 89113 | Tenant lease on 5920 Fly Fisher<br>Contract to be ASSUMED |
| **Patricia Carollo**<br>928 Dawn Light Ave<br>Las Vegas NV 89123 | Debtor's lease of 132 Ocean Harbor for residence purposes.<br>Contract to be ASSUMED |
| **Prudential Americana Group**<br>2140 E Pebble Rd #160<br>Las Vegas NV 89123 | Realtor Employment Contract<br>Contract to be REJECTED |
| **Thomas Ranftl**<br><br>16566 Toledo Way<br>San Leandro CA 94578 | Short Sale Contract to sell 17 Tanglewood<br>Contract to be ASSUMED |

In re **Anthony W DeVries**                                        Case No.    **10-31020-bam**
      **Joy L. DeVries**                                                                (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  **Anthony W DeVries**                                Case No.  __10-31020-bam__
       **Joy L. DeVries**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Son | Age(s): 4 | Relationship(s): | Age(s): |
| | Son | 1 | | |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Realtor | Realtor |
| Name of Employer | Prudential American Group Realtors | Prudential American Group Realtors |
| How Long Employed | 15 years | 6 Years |
| Address of Employer | 2140 E Pebble #160 | 2140 E Pebble #160 |
| | Las Vegas NV 89123 | Las Vegas NV 89123 |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,666.00 | $494.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$3,666.00** | **$494.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _Tech Fees_____ / Tech Fees___ | $60.00 | $50.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$60.00** | **$50.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$3,606.00** | **$444.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $6,000.00 | $1,257.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | $0.00 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$6,000.00** | **$1,257.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$9,606.00** | **$1,701.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$11,307.00** |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Increase in rental occupancy.**

IN RE:  **Anthony W DeVries**                                      Case No.   **10-31020-bam**
        **Joy L. DeVries**                                                     (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,200.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|           b. Water and sewer | $180.00 |
|           c. Telephone | $375.00 |
|           d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $500.00 |
| 5. Clothing | |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $45.00 |
|         b. Life | $65.00 |
|         c. Health | $885.00 |
|         d. Auto | $110.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:  Mortgages on rental properties | $10,200.00 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $1,000.00 |
| 17.a. Other: Child Care | $760.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$18,040.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Rental propties mortgage reductions**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $11,307.00 |
| b. Average monthly expenses from Line 18 above | $18,040.00 |
| c. Monthly net income (a. minus b.) | ($6,733.00) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:  **Anthony W DeVries**                                    CASE NO  **10-31020-bam**
        **Joy L. DeVries**

                                                                CHAPTER  **11**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses
### Rental Property Management

| Expense | Category | Amount |
|---|---|---|
| Property Maintenance and Repair | | **$800.00** |
| Tax Accountant | | **$200.00** |
| | **Total >** | **$1,000.00** |

In re  **Anthony W DeVries**                                           Case No.  **10-31020-bam**
       **Joy L. DeVries**                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **12/8/2010**                                    Signature  **/s/ Anthony W DeVries**
                                                                **Anthony W DeVries**

Date **12/8/2010**                                    Signature  **/s/ Joy L. DeVries**
                                                                **Joy L. DeVries**
                                                     [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re:  **Anthony W DeVries**                               Case No.   **10-31020-bam**
        **Joy L. DeVries**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$49,000.00** | **Real Estate Commissions  - 2010 to Date** |
| **$81,000.00** | **Real Estate Commissions - 2009** |
| **$119,000.00** | **Real Estate Commission - 2008** |

---

**None**
☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$79,000.00** | **Rental Income - 2010 to Date** |
| **$180,000.00** | **Rental Income - 2009** |
| **$407,000.00** | **Rental income - 2008** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

**None**
☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

In re: **Anthony W DeVries**  
       **Joy L. DeVries**

Case No. **10-31020-bam**  
               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None** ☐

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of America v. Joy DeVries Case 10-617696 | Collections | Clark County, NV | Default Judgment |
| Burt & Denise Shahan v. Anthony DeVries, 30 CC LLC | Negligence | Clark County, NV Case 09-589863 | In arbitration. |

---

**None** ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Home Comings Financial PO Box 79135 Phoenix AZ 85062 | 9/2010 | Single Family Residence 10506 Springwood Square Universal City TX 78148 |
| | | Approx. Value: $120,000 |

---

**None** ☑

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None** ☑

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

In re:   **Anthony W DeVries**                          Case No.   **10-31020-bam**
       **Joy L. DeVries**                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Gambling Losses $50,000** | **Jan - Oct 2010** | |

---

**9. Payments related to debt counseling or bankruptcy**

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** | **Checking - 5211 - 104.45** | **Approx. 11/4/10** |
| **Wells Fargo** | **Checking - 6871 - $4.55** | **11/3/10** |
| **Nevada Bank** | **Checking - 1960 - $31.00** | **11/3/10** |
| **Wells Fargo** | **Business Savigs - 9007 - $3.23** | **11/1/10** |
| **Chase** | **Checking - 6498 - $200.00** | **10/30/10** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

In re:  **Anthony W DeVries**
      **Joy L. DeVries**

Case No.  **10-31020-bam**
         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **34 Tamerron Cliffs**<br>**Las Vegas, NV 89148** | | **July 2006 -**<br>**October 2010** |

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re:  **Anthony W DeVries**                                   Case No.  **10-31020-bam**
      **Joy L. DeVries**                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

**18. Nature, location and name of business**

  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **DURANGO SPRINGS II LANDSCAPE MAINTENANCE ASSOCIATION** | **Non Profit HOA** | **Anthony DeVries - Secretary last 2 years** |
| **VIRGINIA MARIE LLC** | **LLC established for real estate investment - never used, in default with Secretary of State. Debtors where managers.** | **2007 - 2010** |
| **17TW LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |
| **1914AR LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |
| **20CC LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |
| **30CC LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |
| **266BR LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |
| **39613PL LLC** | **LLC established for holding title of real estate investment. Charter revoked. Debtors where managers.** | **2007 - 2010** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re:   Anthony W DeVries                                    Case No.   **10-31020-bam**
         Joy L. DeVries                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 5

| | | |
|---|---|---|
| **4919GW LLC** | LLC established for holding title of real estate investment. Charter revoked. Debtors where managers. | 2007 - 2010 |
| **5920FF LLC** | LLC established for holding title of real estate investment. Charter revoked. Debtors where managers. | 2007 - 2010 |
| **6792AM LLC** | LLC established for holding title of real estate investment. Charter revoked. Debtors where managers. | 2007 - 2010 |
| **6868PS LLC** | LLC established for holding title of real estate investment. Charter revoked. Debtors where managers. | 2007 - 2010 |
| **8826SP LLC** | LLC established for holding title of real estate investment. Charter revoked. Debtors where managers. | 2007 - 2010 |
| **WESTWIND MERANTO, LLC** | Raw land real estate development. Bank failed to provide construction loan, project abandoned. In default at Secretary of State. Debtors were managers. | 2007 - 2010 |
| **QUALITY PAPER ROLLS, LLC** | Cashier tape manufacturer. Project failed, debtor provided personal guarantees. In default at Secretary of State. Debtor Anthony DeVries was a managers. | 2007 - 2010 |
| **CROWNE HOLDINGS, LLC** | Established to own real property purchased for Quality Paper Rolls LLC, a cashier tape manufacturer. Project failed, property was foreclosed upon, debtor provided personal guarantees. In default at Secretary of State. Debtor Anthony DeVries was a managers. | 2007 - 2010 |
| **PEEK-A-BOO BEE, LLC** | Clothing design business that failed. 1/3 interest. | 2007 - 2009 |
| **MOBILE NOTARY LLC** | Mobile notary service never started. | 2007 |

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re:  **Anthony W DeVries**
      **Joy L. DeVries**

Case No.  **10-31020-bam**
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Peter Gubler** | **2006 - Present** |
| **Layton Layton & Tobler LLP CPAs** | |
| **606 S. 9th St.** | |
| **Las Vegas MV 89101** | |

---

None ☑

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

In re:   **Anthony W DeVries**                                  Case No.   **10-31020-bam**
       **Joy L. DeVries**                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None ☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **12/8/2010**                                      Signature _____ **/s/ Anthony W DeVries** _____
                                      of Debtor       *Anthony W DeVries*

Date  **12/8/2010**                                      Signature _____ **/s/ Joy L. DeVries** _____
                                        of Joint Debtor  *Joy L. DeVries*
                                        (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:   **Anthony W DeVries**                                         CASE NO   **10-31020-bam**
**Joy L. DeVries**

CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$35,000.00** |
| Prior to the filing of this statement I have received: | **$15,000.00** |
| Balance Due: | **$20,000.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
                          **Edward DeVries - Father**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify)
                          **Edward DeVries - Father**

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____**12/8/2010**_____ | **/s/ David K. Winter** |
| *Date* | *David K. Winter*                          Bar No.  4529 |
| | Law Offices David K Winter |
| | PO Box 12397 |
| | Zephyr Cove NV 89448 |
| | Phone: (775) 589-6148 / Fax: (775) 253-3024 |

---

**/s/ Anthony W DeVries**                                      **/s/ Joy L. DeVries**
_____              _____
*Anthony W DeVries*                                              *Joy L. DeVries*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:  **Anthony W DeVries**
        **Joy L. DeVries**

Case No.   **10-31020-bam**

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fullerton Community Bank 132 W Commonwealth Ave Fullerton CA 92832 | | Mortgages | Unliquidated | $850,000.00 Value: $60,000.00 |
| Bank of America PO Box 5170 Simi Valley CA 93062 | | Mortgages | | $1,239,000.00 Value: $731,000.00 |
| ASC PO Box 10328 Des Moines IA 50306 | | Deficiency after foreclosure | | $76,000.00 |
| AHMSI PO Box 63170 Irving TX 75063 | | Mortgage | | $210,000.00 Value: $134,000.00 |
| Chase VISA Credit Card PO Box 15298 Wilmington DE 19850 | | Credit Card | | $17,500.00 |
| Citibank Platinum Select Card PO Box 6235 Sioux Falls SD 57117 | | Credit Card | | $2,620.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:  **Anthony W DeVries**                     Case No.  **10-31020-bam**
         **Joy L. DeVries**
                                              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Discover Card<br>PO Box 30943<br>Salt Lake City UT 84130 | | Credit Card | | **$1,516.00** |
| St Rose Dominican Hospitals<br>P.O. Box 33349<br>Phoenix AZ 85067 | | Arrearage | | **$1,270.00** |
| Republic Services<br>770 E Sahara Ave<br>Las Vegas NV 89104 | | Trash | | **$1,049.00**<br>**Value: $0.00** |
| Scott Schuler<br>10377 Smokemont Ct<br>Las Vegas NV 89129 | | Arrearage | | **$1,000.00** |
| Rhodes Ranch Association<br>PO Box 63188<br>Phoenix AZ 85082 | | Arrearage | *Disputed* | **$150.00** |
| Anestesiology Consultants inc<br>PO Box 50209<br>Henderson NV 89016 | | Arrearage | | **$100.00** |
| American Lock and Key<br>2300 N Rainbow<br>Las Vegas NV 89109 | | Arrearage | | **$99.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:  **Anthony W DeVries**
        **Joy L. DeVries**

Case No.  **10-31020-bam**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Embarq<br>c/o AFNI<br>PO Box 3517<br>Bloomington IL 61702 | | Arrearage | | **$49.00** |
| San Martin Hospital<br>c/o Escallate LLC<br>5200 Stoneham Rd #200<br>North Canton OH 44702 | | Arrearage | | **$33.00** |
| Radiology Associates of Nevada<br>4535 Dressler Rd NW<br>North Canton OH 44718 | | Arrearage | | **$32.00** |
| Centurylink<br>c/o Enhansed Recovery<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | | Arrearage | | **$4.00** |
| Mauricio Gomez Dominguez<br>371 Arbor Garden Ave<br>Las Vegas NV 89148 | | Notice Only | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$0.00** |
| GMAC Mortgage<br>PO Box 4622<br>Waterloo IA 50704 | | Mortgage | | **$0.00** |
| Frank & Lori Napoli<br>11532 Capanna Rosso Pl<br>Las Vegas NV 89141 | | Notice Only | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **Anthony W DeVries**
**Joy L. DeVries**

Case No. **10-31020-bam**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/8/2010**

Signature: **/s/ Anthony W DeVries**
*Anthony W DeVries*

**/s/ Joy L. DeVries**
*Joy L. DeVries*

In re: **Anthony W DeVries**
      **Joy L. DeVries**

Case Number:  **10-31020-bam**

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐  Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b.  ☐  Married, not filing jointly.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c.  ☑  Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | **$3,666.00** | **$494.00** |

| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero. | | | | |
|---|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 | |
| | c. | Business income | Subtract Line b from Line a. | | $0.00 | $0.00 |

| 4 | **Net rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero. | | | | |
|---|---|---|---|---|---|
| | a. | Gross receipts | $6,000.00 | $1,257.00 | |
| | b. | Ordinary and necessary operating expenses | $9,400.00 | $1,000.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a. | | $0.00 | $257.00 |

| 5 | Interest, dividends, and royalties. | $0.00 | $0.00 |
|---|---|---|---|
| 6 | Pension and retirement income. | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**   Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |

| 8 | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | |
|---|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor<br>$0.00 | Spouse<br>$0.00 | $0.00 | $0.00 |

| 9 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|
| | a. | | | | |
| | b. | | | | |
| | | | | $0.00 | $0.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

| | | | |
|---|---|---|---|
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | $3,666.00 | $751.00 |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $4,417.00 | |

| | |
|---|---|
| | **Part II: VERIFICATION** |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **12/8/2010**              Signature:  **/s/ Anthony W DeVries**<br>                                                                    **Anthony W DeVries**<br><br>Date:  **12/8/2010**              Signature:  **/s/ Joy L. DeVries**<br>                                                                    **Joy L. DeVries** |