

**Entered on Docket
August 05, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

```
David K. Winter, Esq. NSB #4529
P.O. Box 12397
Zephyr Cove, NV 89448
(775) 589-6148
(775) 253-3024 - FAX

david@bluefox.org

Attorney for Debtors
```

U.S. BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | ) Case No. BK-S  10-31020-BAM |
| | )         Chapter: 11 |
| ANTHONY W. DEVRIES and | ) |
| | ) Hearing Date:  4/26/11 |
| JOY L. DEVRIES, | )) Hearing Time:  9:00 AM |
| | ) |
|         Debtors | ) |

STIPULATION RE:  MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123 FOR THE REAL PROPERTY LOCATED AT 17 TANGLEWOOD, LAS VEGAS, NV

Anthony W. DeVries and Joy L. DeVries, by and through their attorney, David K. Winter, Esq., having brought the foregoing motion (Docket Item #58) on in the ordinary course, there being a general opposition filed by Bank of America, N.A., the first and second lien

1  holder, and no other oppositions filed by any other junior lien
2  holder, and thereafter upon consideration of the pleadings and
3  stipulation of the appearing parties, it is to ORDERED THAT:

4      The property shall be valued in accordance with the average of
5  the appraisal of the appearing parties, that being $117,500;

6      The lenders' claims are bifurcated into secured and unsecured
7  claims;

8      The unsecured portion of the lenders' claim shall be treated as a
9  general unsecured claim.

10     So stipulated.

/s/ David K. Winter
David K. Winter, Esq., NSB #4529
P.O. Box 12397
Zephyr Cove, NV 89448
(775) 589-6148
(775) 253-3024 - FAX

Attorney for Debtors

Joe Solseng, Esq. NSB #11717
Robinson Tait, PS
3651 Lindell Rd, #D288
Las Vegas, NV 89103
Main Office:
710 Second Ave., #710
Seattle, WA 98104
(206) 876-3258

Attorney for Bank of America, N.A.

# # #